

United States District Court
Eastern District of California

| Raymundo Caldera, III | Case Number: 2:21-CV-01408-TLN-AC |

Plaintiff(s)

V.

| Huhtamaki, Inc. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James P. Smith hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Huhtamaki, Inc.

On 11/13/2001 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/20/2021         Signature of Applicant: /s/ James P. Smith

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James P. Smith |
| Law Firm Name: | Littler Mendelson, P.C. |
| Address: | 127 Public Square, Suite 1600 |
| | Key Tower |
| City: | Cleveland     State: OH     Zip: 44114-9612 |
| Phone Number w/Area Code: | (216) 696-7600 |
| City and State of Residence: | Avon Lake, Ohio |
| Primary E-mail Address: | jpsmith@littler.com |
| Secondary E-mail Address: | tmajkut@littler.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Greg Iskander |
| Law Firm Name: | Littler Mendelson, P.C. |
| Address: | 1255 Treat Blvd., Suite 600 |
| City: | Walnut Creek     State: CA     Zip: 945977 |
| Phone Number w/Area Code: | (925) 932-2468     Bar #: 200215 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 21, 2021

_____
JUDGE, U.S. DISTRICT COURT



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**James Palmer Smith**
Attorney Registration No. **73945**

was admitted to the practice of law in Ohio on November 13, 2001; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of September, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-09-20-1
Verify by email at GoodStandingRequests@sc.ohio.gov