GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
MICHAEL W. NELSON, Bar No. 287213
mwnelson@littler.com
LITTLER MENDELSON P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

JAMES P. SMITH, Ohio Bar No. 0073945 *(admitted Pro Hac Vice)*
jpsmith@littler.com
LITTLER MENDELSON P.C.
127 Public Square, Suite 1600
Cleveland, OH 44114-9612
Telephone: 216.696.7600
Facsimile: 216.696.2038

Attorneys for Defendant
HUHTAMAKI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO CALDERA, III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HUHTAMAKI, INC., a Kansas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01408-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES BY 90 DAYS AND MODIFY THE SCHEDULING ORDER**<br><br>Trial Date: None Set<br>Complaint Filed: June 24, 2021 |

Pursuant to Local Rule 144, the parties hereby file a Stipulation to Extend Deadlines by 90 Days and Modify the Scheduling Order, and in support thereof state the following

1. Pursuant to the August 9, 2021, Initial Pretrial Scheduling Order, non-expert discovery closes on April 6, 2022 (240 days after Defendant's answer was due).

2. As set forth below, the parties have engaged in discovery over the last five months. The parties are currently engaged in discovery disputes and require additional time to work through the

STIPULATION TO EXTEND DEADLINES AND MODIFY THE SCHEDULING ORDER

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

pending discovery issues prior to the close of discovery.

3.  The parties exchanged initial disclosures and written discovery in October and November 2021.

4.  On December 20, 2021, the parties produced discovery responses and documents.

5.  On January 10, 2022, Defendant sent Plaintiff a discovery meet and confer letter requesting that Plaintiff cure various deficiencies in his written responses and document production. The parties have continued to meet and confer regarding these issues over the last month.

6.  Among other things, a critical discovery issue concerns Plaintiff's identification of his health-care providers, production of medical records relating to his claimed disability and emotional distress, production of his applications and related documents for his attempt to obtain state disability benefits, and production of text messages of which Defendant contends are central to its defense to Plaintiff's various disability related claims. Plaintiff has opposed the production of this information on various grounds and the parties endeavoring to work through these issues without the intervention of the Court and prior to the taking of depositions. However, should they be unable to resolve these issues the parties anticipate filing a joint discovery letter with the magistrate judge within the next two weeks, pursuant to the magistrate's standing order regarding procedures for discovery disputes.

7.  Given the pendency of and the time it will take to resolve these discovery issues (either with or without Court assistance), counsel for the Parties' respective work schedules (counsel for Defendant is preparing for and going to be involved in collective bargaining for Defendant in March and April and counsel for Plaintiff will be involved in an arbitration in March and April), it is highly unlikely that Plaintiff will be able to obtain the information (to the extent it is in the possession of third parties such as health care providers and state benefits boards, etc.) and Defendant will be afforded the time necessary to fully review the documents, prepare for and take Plaintiff's deposition by the April 6, 2022 deadline.

8.  Moreover, while Plaintiff has already noticed depositions of Defendant's PMK, and other percipient witnesses, Plaintiff has been unable to conduct depositions to date because Plaintiff's counsel was required to attend to and care for his ill father who underwent surgery on January 18, 2022 and is still in recovery.

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2

STIPULATION TO EXTEND DEADLINES AND MODIFY THE SCHEDULING ORDER

9. In parallel to the pending discovery issues and the parties are also actively engaged in good faith settlement discussions. If the parties cannot reach a private agreement within the next two weeks, the parties have agreed to schedule a private mediation to take place within the next 90 days

10. In short, the parties would like additional time to try and exhaust settlement discussions and to mediate the case while still affording them the time necessary to resolve their discovery dispute and conduct depositions.

11. This is the parties' first request to extend any deadlines in this case. Further, the extension sought in this case will not prejudice any trial date as no trial date has been set by the Court in this case.

12. Counsel for both parties respectfully request that this Court extend all deadlines in the case (including, but not limited to the fact discovery deadline, the expert disclosure and discovery deadline and the dispositive motion deadline) by 90 days (i.e. up to and July 5, 2022). This will afford the time necessary to resolve their exhaust settlement discussions, mediate the case and, if unsuccessful resolve their discovery dispute and complete discovery.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: February 16, 2022                                LITTLER MENDELSON P.C.


                                                        /s/ Michael W. Nelson
                                                        GREGORY G. ISKANDER
                                                        JAMES P. SMITH
                                                        MICHAEL W. NELSON

                                                        Attorneys for Defendant
                                                        HUHTAMAKI, INC.


Dated: February 16, 2022                                LIBERTY MAN LAW


                                                        /s/ Arash S. Khosrowshahi
                                                        ARASH S. KHOSROWSHAHI

                                                        Attorneys for Plaintiff
                                                        RAYMUNDO CALDERA III

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

3

STIPULATION TO EXTEND DEADLINES AND MODIFY THE SCHEDULING ORDER

## ORDER

The above **STIPULATION TO EXTEND DEADLINES AND MODIFY THE SCHEDULING ORDER** is approved for this case. The deadline to complete non-expert discovery is extended to July 5, 2022. All other deadlines described in the initial scheduling order, including expert discovery and dispositive motions, are also extended by 90 days.

**IT IS SO ORDERED.**

Dated: February 16, 2022

Troy L. Nunley
United States District Judge

STIPULATION TO EXTEND DEADLINES AND MODIFY THE SCHEDULING ORDER — 4

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468